UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x
PROTOSTORM, INC.,

                Plaintiff,

     -against-

MOUND COTTON WOLLAN & GREENGLASS LLP,
ROBERT S. GOODMAN, ARTHUR M. HANDLER,
ARTHUR M. HANDLER LAW OFFICES LLC,
FOLEY & LARDNER LLP, JONATHAN E. MOSKIN,
MOUND COTTON WOLLAN & GREENGLASS,
EMILIE L. BAKAL-CAPLAN, KEVIN F. BUCKLEY,
JEFFREY C. CRAWFORD, JAMES M. DENNIS,
WAYNE R. GLAUBINGER, MICHAEL H. GOLDSTEIN,
LLOYD A. GURA, HILARY M. HENKIND,
BRUCE R. KALINER, AMY J. KALLAL, MARK S. KATZ,
MICHAEL R. KOBLENZ, KENNETH M. LABBATE,
ELLEN G. MARGOLIS, RAYMOND S. MASTRANGELO,
JOHN C. MEZZACAPPA, FRANCIS A. MONTBACH,
DAVID A. NELSON, MITCHELL D. OTTO,
JOHN F. PARKER, SANJIT S. SHAH,
PHILIP C. SILVERBERG, COSTANTINO P. SURIANO,
BARRY R. TEMKIN, JAMES VEACH, ERIC J. VOIGT,
MARK J. WEBER, JEFFREY S. WEINSTEIN, and
ROBERT E. WILDER,

                Defendants.

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Case No. 1:18-CV-02107 (PKC)

-------------------------------------------------------------------------------x

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

     Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, Protostorm, Inc. and or its counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against the defendants Raymond S. Mastrangelo and David A. Nelson.

Dated:  May 14, 2018
         New York, New York

SCHWARTZ, PONTERIO & LEVENSON, PLLC
*Attorneys for Plaintiff*

By:  *John Ponterio*
John Ponterio
134 West 29th Street – Suite 1006
New York, New York 10001
Telephone: (212) 714-1200
jponterio@splaw.us