# LANDMAN CORSI BALLAINE & FORD P.C.

A NEW YORK PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

120 BROADWAY

NEW YORK, NEW YORK 10271

STEPHEN JACOBS
MEMBER

TEL.: (212) 238-4810
EMAIL: sjacobs@lcbf.com

One Gateway Center
4th Floor
Newark, NJ 07102

JFK Boulevard, Suite 955
Philadelphia, PA 19103

November 30, 2018

**By ECF and Hand**
Hon. Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 10001

      **Re:**   *Protostorm, Inc. v. Mound Cotton Wollan & Greenglass LLP, et. al*
             1:18-CV-02107 (E.D.N.Y.) (PKC) (JO)

Dear Judge Chen:

      We represent Mound Cotton Wollan & Greengrass LLP (incorrectly sued as Mound Cotton Wollan & Greenglass LLP and Mound Cotton Wollan & Greenglass) and related defendants, *i.e.*, all of the remaining defendants other than Arthur M. Handler Law Offices LLC, Arthur M. Handler, Foley & Lardner, and Jonathan Moskin.

      Pursuant to Your Honor's Individual Practices and Rules and various Orders entered herein, with the original hand-delivered copy of this letter are courtesy copies of (a) the stamped original and reply papers publicly e-filed in connection with defendants' motion to dismiss and (b) certain exhibits to my declaration that were filed under seal pursuant to Paragraph 11 of the Stipulated Confidentiality Agreement and Protective Order, Dkt. # 19-1, filed on August 9, 2018, after inquiring about the appropriate filing procedure with the Clerk's office and Ms. Abdallah, which exhibits are not yet accessible to us on ECF.

                                        Respectfully,

                                        Stephen Jacobs

cc: All counsel (by ECF, without enclosures)