UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
PROTOSTORM, INC.,

                Plaintiff,

    -against-

MOUND COTTON WOLLAN & GREENGLASS LLP,
ROBERT S. GOODMAN, ARTHUR M. HANDLER,
ARTHUR M. HANDLER LAW OFFICES LLC,
FOLEY & LARDNER LLP, JONATHAN E. MOSKIN,
MOUND COTTON WOLLAN & GREENGLASS,
EMILIE L. BAKAL-CAPLAN, KEVIN F. BUCKLEY,
JEFFREY C. CRAWFORD, JAMES M. DENNIS,
WAYNE R. GLAUBINGER, MICHAEL H. GOLDSTEIN,
LLOYD A. GURA, HILARY M. HENKIND,
BRUCE R. KALINER, AMY J. KALLAL, MARK S. KATZ,
MICHAEL R. KOBLENZ, KENNETH M. LABBATE,
ELLEN G. MARGOLIS, RAYMOND S. MASTRANGELO,
JOHN C. MEZZACAPPA, FRANCIS A. MONTBACH,
DAVID A. NELSON, MITCHELL D. OTTO,
JOHN F. PARKER, SANJIT S. SHAH,
PHILIP C. SILVERBERG, COSTANTINO P. SURIANO,
BARRY R. TEMKIN, JAMES VEACH, ERIC J. VOIGT,
MARK J. WEBER, JEFFREY S. WEINSTEIN, and
ROBERT E. WILDER,

                Defendants.
------------------------------------------------------------------------x

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Case No. 1:18-CV-02107 (PKC)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

      The claims against defendants Raymond S. Mastrangelo and David A. Nelson having been previously dismissed, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, Protostorm, Inc. and/or its counsel, herby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, without costs or attorneys' fees, with respect to all of the defendants except for defendants Foley & Lardner LLP and Jonathan E. Moskin. The claims against Foley & Lardner LLP and Jonathan E. Moskin are not dismissed.

Dated: July 15, 2019
       New York, New York      SCHWARTZ, PONTERIO & LEVENSON, PLLC
*Attorneys for Plaintiff*

By: *John Ponterio*

John Ponterio
134 West 29th Street – Suite 1006
New York, New York 10001
Telephone: (212) 714-1200
jponterio@splaw.us